FILED BY _____ YH _____ D.C.

Jan 7, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 20-20006-CR-GRAHAM/MCALILEY
CASE NO. _____

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(2)(B)(ii)
8 U.S.C. § 1326(a) and (b)(2)
8 U.S.C. § 1326(a)
18 U.S.C. § 982(a)(6)
8 U.S.C. § 1324(b)(1)

**UNITED STATES OF AMERICA**

vs.

**ROCCO OPPEDISANO and
YING LIAN LI,**

    **Defendants.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Encourage and Induce Aliens to Enter the United States
(8 U.S.C. § 1324(a)(1)(A)(v)(I))**

From an unknown date to the Grand Jury, up to and including on or about December 2, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ROCCO OPPEDISANO,**

did knowingly and willfully conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in

violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

### COUNTS 2-16
### Encouraging and Inducing Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

On or about December 2, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ROCCO OPPEDISANO,**

did knowingly encourage and induce an alien, as set forth in Counts 2 through 16 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|---|---|
| 2 | YING LIAN LI |
| 3 | H.W. |
| 4 | X.K. |
| 5 | S.L. |
| 6 | H.X. |
| 7 | Y.M. |
| 8 | B.Z. |
| 9 | H.L. |
| 10 | X.Y. |
| 11 | Y.L. |
| 12 | X.X. |
| 13 | L.Z. |
| 14 | J.Y. |
| 15 | Z.M. |
| 16 | R.W.G. |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## COUNTS 17-31
## Bringing Aliens to the United States for Commercial and Private Financial Gain
### (8 U.S.C. § 1324(a)(2)(B)(ii))

On or about December 2, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ROCCO OPPEDISANO,**

did knowingly bring, and attempt to bring an alien, as set forth in Counts 17 through 31 below, to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such alien:

| Count | Alien |
|---|---|
| 17 | YING LIAN LI |
| 18 | H.W. |
| 19 | X.K. |
| 20 | S.L. |
| 21 | H.X. |
| 22 | Y.M. |
| 23 | B.Z. |
| 24 | H.L. |
| 25 | X.Y. |
| 26 | Y.L. |
| 27 | X.X. |
| 28 | L.Z. |
| 29 | J.Y. |

| Count | Alien |
|---|---|
| 30 | Z.M. |
| 31 | R.W.G. |

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT 32
### Illegal Entry of a Removed Alien
### (8 U.S.C. § 1326(a) and (b)(2))

On or about December 2, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ROCCO OPPEDISANO,**

an alien, having previously been removed and deported from the United States on or about January 31, 2019, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## COUNT 33
### Illegal Entry of a Removed Alien
### (8 U.S.C. § 1326(a))

On or about December 2, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**YING LIAN LI,**

an alien, having previously been removed and deported from the United States on or about April 2, 2019, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title

6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROCCO OPPEDISANO**, may have an interest.

2. Upon conviction of any violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall each forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), the following property:

(a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

(b) any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

(c) any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense, and

pursuant to 8 U.S.C. § 1324(b)(1), any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense, the gross proceeds of such offense, and any property traceable to such conveyance or proceeds.

3. The property subject to forfeiture includes, but is not limited to:

a. one (1) 63' Sunseeker vessel bearing the name INXS FINALLY, to include all equipment, inventory and personal effects, seized along with the vessel on or about December 2, 2019;

5

b. $4,833 United States Dollars seized on or about December 2, 2019; and

c. $171,850 Bahamian Dollars and $36,000 United States Dollars seized on or about December 20, 2019.

All pursuant to Title 18, United States Code, Sections 982(a)(6) and Title 8, United States Code, Section 1324(b)(1), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
BRIAN G. SATTLER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                     CASE NO. _____

v.

ROCCO OPPEDISANO and
YING LIAN LI,

                                             **CERTIFICATE OF TRIAL ATTORNEY***
         **Defendants.**
_____ /            **Superseding Case Information:**

**Court Division**: (Select One)              New Defendant(s)          Yes ___  No ___
                                              Number of New Defendants  _____
_X_ Miami        ___ Key West                 Total number of counts    _____
___ FTL          ___ WPB      ___ FTP

         I do hereby certify that:

    1.   I have carefully considered the allegations of the indictment, the number of defendants, the number
         of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

    2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this
         Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial
         Act, Title 28 U.S.C. Section 3161.

    3.   Interpreter:     (Yes or No)      Yes

         List language and/or dialect      Chinese (Mandarin)

    4.   This case will take     3 - 4     days for the parties to try.

    5.   Please check appropriate category and type of offense listed below:
         (Check only one)                          (Check only one)

         I    0 to 5 days          _X_             Petty      _____
         II   6 to 10 days         ___             Minor      _____
         III  11 to 20 days        ___             Misdem.    _____
         IV   21 to 60 days        ___             Felony     _X_
         V    61 days and over     ___

    6.   Has this case been previously filed in this District Court? (Yes or No)   No
         If yes:
         Judge: _____         Case No. _____
         (Attach copy of dispositive order)
         Has a complaint been filed in this matter? (Yes or No)   No
         If yes:
         Magistrate Case No.             _____
         Related Miscellaneous numbers:  _____
         Defendant(s) in federal custody as of _____
         Defendant(s) in state custody as of   _____
         Rule 20 from the District of          _____
         Is this a potential death penalty case? (Yes or No)   No

    7.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office
         prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      Yes _____  No _X_

    8.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office
         prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      Yes _____  No _X_

                                              _____
                                              BRIAN G. SATTLER
                                              SPECIAL ASSISTANT UNITED STATES ATTORNEY
                                              Florida Bar No. 0124238

*Penalty Sheet(s) attached                                                        REV 8/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  Rocco Oppedisano

**Case No:** _____

Count #: 1

Conspiracy to Encourage and Induce Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

**\*Max. Penalty:**   10 Years' Imprisonment

Counts #: 2 - 16

Encouraging and Inducing an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(ii)

**\*Max. Penalty:**   5 Years' Imprisonment

Counts #: 17-31

Bringing Aliens to the United States for Commercial and Private Financial Gain

Title 8, United States Code, Section 1324(a)(2)(B)(ii)

**\*Max. Penalty:**   15 Years' Imprisonment

Count #: 32

Illegal Reentry of a Removed Alien

Title 8, United States Code, Section 1326(a) and (b)(2)

**\*Max. Penalty:**   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Ying Lian Li

**Case No:** _____

Count #: 33

Illegal Reentry of a Removed Alien

Title 8, United States Code, Section 1326(a)

**\*Max. Penalty:** 2 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**